UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-20801-CR-SEITZ/BANDSTRA



UNITED STATES OF AMERICA,  :
:
vs.  :
:
ARGELIO AGUAYO, JR.  :
.............................:

### DEFENDANT'S UNOPPOSED MOTION TO CHANGE ADDRESS

Defendant ARGELIO AGUAYO, Jr., by and through undersigned counsel, respectfully moves this Honorable Court for an Order permitting him to change his present address for purposes of his bond conditions. AUSA Cameron Elliot has advised that the government does not oppose this motion. In support thereof, Mr. Aguayo states:

1. On March 8, 2004, Mr. Aguayo was released on a $100,000 corporate surety bond and a $200,000 ten percent bond. On October 29, 2004, Mr. Aguayo pleaded guilty to one count of violating 21 U.S.C. §843(b). He awaits sentencing on January 10, 2005.

2. The address listed for Mr. Aguayo for purposes of his bond was his parents' residence at 881 N.W. 129th Avenue.

3. Mr. Aguayo has since married and purchased a residence in Key Largo with his wife. They are currently renovating the residence. It is located at 115 West Avenue A, in Key Largo, FL 33037. It is located in the Southern District of Florida.

4. The standard conditions of bond require court approval for Mr. Aguayo to change his present address.

5. Mr. Aguayo respectfully requests permission of this Court to change his present address for purposes of his bond conditions, so that he may reside in that address pending his sentencing hearing.

6. Undersigned counsel has conferred with AUSA Cameron Elliot, who advises that the government does not oppose this motion.

WHEREFORE Defendant ARGELIO AGUAYO respectfully moves this Court for permission to change his address for purposes of his bond.

Respectfully submitted,

**SCOTT A. SREBNICK, ESQ.**
(Fla. Bar No. 872910)
2400 South Dixie Highway, #200
Miami, FL 33133
(305) 285-9019
Fax (305) 854-8782

By: _/s/ Scott Srebnick_
**SCOTT A. SREBNICK, ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2004, a copy of this motion was faxed and mailed by U.S. Mail to:

Cameron Elliot
Assistant United States Attorney
99 N.E. 4th Street
Miami, FL 33132

By: _____
**SCOTT A. SREBNICK, ESQ.**